No. 7,715.—J. C. PHILLIPS, RESPONDENT, *v*. AMY PHILLIPS, APPELLANT.

Decided June 26, 1937.

PER CURIAM: At the request of the attorneys for appellant, the appeal herein is dismissed as fully settled upon the merits.

*Messrs. Pope & Smith,* for Appellant.

*Mr. Thomas N. Marlowe,* for Respondent.

No. 7,740.—STATE EX REL. MOUNTAIN VIEW CEMETERY ET AL., RELATORS, *v*. DISTRICT COURT ET AL., RESPONDENTS.

Decided September 17, 1937.

PER CURIAM: Relator's application for a writ of certiorari is, after due consideration, denied.

*Mr. M. S. Galasso,* for Relators.